RICHARD H. LEE et al., Respondents, *v.* EUGENE A. HOMER, Appellant.

(Submitted March 9, 1888; decided March 23, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, in favor of plaintiff, upon the submission of a controversy under section 1279 of the Code of Civil Procedure, entered upon an order made October 24, 1885.

*Cary & Rumsey* for appellant.

*Bolles, Waring & Bolles* for respondents.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.